UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN RAMON PEREZ,<br>Petitioner | CIVIL ACTION NO. 1:13-CV-00801 |
| VERSUS | |
| ERIC HOLDER, et al.,<br>Respondents | JUDGE TOM STAGG<br>MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 15) is GRANTED and Perez's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 16th day of October, 2013.

JUDGE TOM STAGG
UNITED STATES DISTRICT JUDGE